**Order entered June 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00420-CV

### 626 IT SYSTEMS, LLC., Appellant

### V.

### MARY E. ERICKSON, BERSERK PROPERTIES, LLC. & MARK ALAMEEL, INDIVIDUALLY, Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-05297-B**

## ORDER

The clerk's record in this case is overdue. By postcard dated May 15, 2018, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within 30 days. To date, the County Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not indigent and has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

John Warren
Dallas County Clerk

All parties


                            /s/      DAVID EVANS
                                      JUSTICE